IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>RAYNE WOLERY,<br><br>　　　　　　Defendant. | CR-09-15-H-BMM<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

　　　　United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on December 4, 2025. (Doc. 98.)

　　　　When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

　　　　Judge Johnston conducted a revocation hearing on December 2, 2025 (Doc. 93.) The United States accused Rayne Wolery (Wolery) of violating the conditions

of his supervised release by: (1) being in possession of an unauthorized smartphone capable of taking photographs on November 25, 2025; (2) purchasing and viewing materials on OnlyFans, an adult website that depicts pornographic material; (3) being in possession of an unauthorized smartphone, which had access to the internet and was unmonitored, between approximately November 2024 through November 2025; (4) refusing to allow his probation officer access to search his unauthorized smartphone on November 25, 2025; (5) possessing more than one internet capable device by being in possession of a computer without the permission of his probation officer on November 25, 2025; (6) using a virtual private network while accessing the internet and using Cash App on November 25, 2025; (7) failing to answer truthfully questions by his probation officer by denying having access to unauthorized internet capable devices between November of 2024 and November of 2025; and (8) being terminated from sex offender treatment on November 26, 2025. (Doc. 90.)

    At the revocation hearing, Wolery admitted that he had violated the conditions of supervised release as set forth in allegations 1-8 of the Petition. Judge Johnston recommended a sentence of custody of 8 months with 112 months of supervised release to follow. (Doc. 98.) The Court advised Jacobson of his right to appeal and to allocute before the undersigned. (Doc. 93.)

The violations Wolery admitted prove serious and warrants revocation of Wolery's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 98) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Rayne Wolery be sentenced for a term of custody of 8 months with 112 months supervised release to follow.

DATED this 19th day of December 2025.

_____
Brian Morris, Chief District Judge
United States District Courts